OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the decision of the Workers’ Compensation Board reinstated.
 

 
 *990
 
 The decision of the Board, that decedent’s fatal heart attack was a compensable accident, was supported by substantial evidence and, therefore, should not have been disturbed
 
 (see, Matter of Gates v McBride Transp.,
 
 60 NY2d 670). There was evidence that the decedent had a history of heart disease and hypertension and that, on the day before his death, he was severely distraught because he had been told by his employer that he was being dismissed. Additionally, there was expert testimony that decedent’s notification of dismissal "was a major stress factor” resulting in "ventricular instability, subsequent fibrilation” and, ultimately, death. Based on the foregoing, the Board could find that decedent’s fatal heart attack constituted an accident arising out and in the course of his employment
 
 (see, Matter of Snyder v New York State Commn. for Human Rights,
 
 31 NY2d 284;
 
 Matter of Klimas v Trans Caribbean Airways,
 
 10 NY2d 209).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur in memorandum.
 

 Order reversed, etc.